# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN BARKET,<br><br>    Plaintiff(s),<br><br>v.<br><br>FRANK LEIGH,<br><br>    Defendant(s). | Case No.: 2:19-cv-00141-GMN-NJK<br><br>**Order**<br><br>(Docket No. 4) |

Pending before the Court is Plaintiff's motion to extend time to effectuate service on Defendant. Docket No. 4. For the reasons discussed below, the Court **GRANTS** Plaintiff's motion.

Where good cause is shown, the time for serving the complaint is extended for an appropriate period. *See* Fed. R. Civ. P. 4(m). Plaintiff submits that he has extensively searched the Internet, purchased asset reports, and run database searches seeking to uncover Defendant's whereabouts, but has been unsuccessful despite his diligence. Docket No. 4 at 2-3. Plaintiff further submits that he believes Defendant has attempted to hide his whereabouts, making service more difficult. *Id.* at 3.

. . .

. . .

. . .

1

For good cause shown, the Court **GRANTS** Plaintiff's motion to extend time to effectuate service on Defendant. Docket No. 4. Service shall be effectuated no later than July 23, 2019.

IT IS SO ORDERED.

Dated: April 24, 2019

_____
NANCY J. KOPPE
United States Magistrate Judge