UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEVEN BARKET,

    Plaintiff(s),

v.

FRANK LEIGH,

    Defendant(s).

Case No.: 2:19-cv-00141-GMN-NJK

**Order**

(Docket No. 7)

Pending before the Court is Plaintiff's motion to extend time to effectuate service on Defendant by 90 days. Docket No. 7. For the reasons discussed below, the Court **GRANTS** in part Plaintiff's motion and extends the time to effectuate service by 60 days.

Where good cause is shown, the time for serving the complaint is extended for an appropriate period. *See* Fed. R. Civ. P. 4(m). Plaintiff submits that he has diligently attempted to locate Defendant and until recently had been unsuccessful. Docket No. 7 at 2-3. Plaintiff submits that he has recently been successful in locating an address for Defendant and is in the process of working out the means of serving him. *Id*. at 2. Plaintiff submits that he believes Defendant has attempted to hide his whereabouts, making service more difficult. *Id*. at 3.

. . .

. . .

. . .

For good cause shown, the Court **GRANTS** in part Plaintiff's motion to extend time to effectuate service on Defendant. Docket No. 7. Service shall be effectuated no later than September 23, 2019.

IT IS SO ORDERED.

Dated: July 24, 2019

                                                                                    NANCY J. KOPPE
                                                                                    United States Magistrate Judge